**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number *(if known)* _____    Chapter _____11_____

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Global Enterprise of South Florida, Inc. |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | DBA Global Enterprise Disaster Restoration |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | ▋▋▋0590 |

**4.    Debtor's address**

**Principal place of business**

1043 NW 31st Ave
Pompano Beach, FL 33069
Number, Street, City, State & ZIP Code

Broward
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | https://www.gedrusa.com/ |

**6.    Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   Global Enterprise of South Florida, Inc.                          Case number (*if known*)  _____
         Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

      __6242__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | | Relationship | |
|---|---|---|---|---|---|---|
| | Debtor | _____ | | | Relationship | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |

Official Form 201                  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                  page 2

Debtor    Global Enterprise of South Florida, Inc.                                    Case number (*if known*) _____
                    Name

**11.  Why is the case filed in *this district?***

*Check all that apply:*

☒  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

              Contact name _____

              Phone _____

### Statistical and administrative information

**13.  Debtor's estimation of available funds**    .

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   Global Enterprise of South Florida, Inc.                           Case number (*if known*) _____
            Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 17, 2026
                     MM / DD / YYYY

X /s/   Tivadar Bodorlo                                          Tivadar Bodorlo
   Signature of authorized representative of debtor          Printed name

Title   President

**18. Signature of attorney**

X /s/ Andrew Kamensky                              Date   April 17, 2026
   Signature of attorney for debtor                         MM / DD / YYYY

Andrew Kamensky FL Bar ID#127574
Printed name

Tax Workout Group, P.A.
Firm name

150 East Palmetto Park Road, Suite 800
Boca Raton, FL 33432
Number, Street, City, State & ZIP Code

Contact phone   (561) 786-0002        Email address   AKamensky@TWG.Law

_____
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Global Enterprise of South Florida, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CFG Merchant Solutions, LLC 180 Maiden Lane, Floor 15 New York, NY 10038 | brandonp@cfgms.com | | | $22,100.00 | $0.00 | $22,100.00 |
| Falcon Capital 8 The Green, Suite B Dover, DE 19901 | contracts@falconcapitalgrp.com | | | $15,000.00 | $0.00 | $15,000.00 |
| Finpoint Funding 226 W 37TH STREET New York, NY 10019 | DEALS@FINPOINTFUNDING.COM | | | $15,000.00 | $0.00 | $15,000.00 |
| Honest Funding, LLC 447 Broadway, 2nd Floor Suite 1197 New York, NY 10013 | reconcile@honestfundingllc.com | | | $25,000.00 | $0.00 | $25,000.00 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | | | $95,817.30 | $0.00 | $95,817.30 |
| Newtek Bank, N.A. 1981 MARCUS AVENUE, SUITE 130 New Hyde Park, NY 11042 | jmorales@newtekone.com | JPMorgan Chase Bank, N.A. Accounts receivable - see attached list Accounts receivable - see attached list Office furniture and equipment Dry-out equipment Misc. tools and equipment | | $590,000.00 | $559,815.86 | $590,000.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   Global Enterprise of South Florida, Inc.                          Case number *(if known)*
_____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Novus Funding c/o K&M Recovery Group, LLC 301 Constitution Ave., Apt. 123 Bayonne, NJ 07002 | katerina@kmrecoverygroup.com | | | $15,200.00 | $0.00 | $15,200.00 |
| Syndicate Group USA, Inc. Attn: CHASE STEINBERG, 21579 CORONADO AVE Boca Raton, FL 33433 | erica@tritonrecoveryllc.com | | | $45,000.00 | $0.00 | $45,000.00 |
| The ~Money Store Funding, Inc. 7 KERMIT AVENUE Staten Island, NY 10305 | JJ15951@GMAIL.COM | | | $22,300.00 | $0.00 | $22,300.00 |
| Wellen Capital, LLC 600 W. Jackson Blvd Chicago, IL 60661 | aron@nomasrecovery.com | | | $65,000.00 | $0.00 | $65,000.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Florida, Fort Lauderdale Division

In re    Global Enterprise of South Florida, Inc.
                                        Debtor(s)

Case No. _____
Chapter        11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    April 17, 2026

/s/  Tivadar Bodorlo

Tivadar Bodorlo/President
Signer/Title

CFG Merchant Solutions, LLC
180 Maiden Lane, Floor 15
New York, NY 10038


Falcon Capital
8 The Green, Suite B
Dover, DE 19901


Fenix Funding, LLC
E Advance Services
370 Lexington Ave., Suite 801
New York, NY 10017


Finpoint Funding
226 W 37TH STREET
New York, NY 10019


Honest Funding, LLC
447 Broadway, 2nd Floor
Suite 1197
New York, NY 10013


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Julie Yates, Esquire
Yates & Schiller, PA
7900 Glades Road, Suite 405
Boca Raton, FL 33434


Law Offices of Jason Gang, PLLC
1245 Hewlett Plaza, #478
Hewlett, NY 11557


Newtek Bank, N.A.
1981 MARCUS AVENUE, SUITE 130
New Hyde Park, NY 11042


Novus Funding
c/o K&M Recovery Group, LLC
301 Constitution Ave., Apt. 123
Bayonne, NJ 07002


Syndicate Group USA, Inc.
Attn: CHASE STEINBERG,
21579 CORONADO AVE
Boca Raton, FL 33433


The ~Money Store Funding, Inc.
7 KERMIT AVENUE
Staten Island, NY 10305


U.S. Small Business Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012

```
U.S. Small Business Administration
PROCESSING AND DISBURSMENT CENTER
14925 KINGSPORT RD
Fort Worth, TX 76155


Wellen Capital, LLC
600 W. Jackson Blvd
Chicago, IL 60661
```

# United States Bankruptcy Court
## Southern District of Florida, Fort Lauderdale Division

In re    Global Enterprise of South Florida, Inc.        Case No. _____
                                Debtor(s)      Chapter     11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Global Enterprise of South Florida, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

| April 17, 2026 | /s/ Andrew Kamensky |
|---|---|
| Date | Andrew Kamensky FL Bar ID#127574 |

Signature of Attorney or Litigant
Counsel for    Global Enterprise of South Florida, Inc.

Tax Workout Group, P.A.

150 East Palmetto Park Road, Suite 800
Boca Raton, FL 33432
(561) 786-0002  Fax:
AKamensky@TWG.Law

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida, Fort Lauderdale Division
www.flsb.uscourts.gov

In Re:                                                      Case Number
Global Enterprise of South Florida, Inc.                   Chapter 11

_____   Debtor(s)    /

## DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES, FILING FEE APPLICATIONS AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, Application to Pay Filing Fee in Installments, Application for Waiver of the Chapter 7 Filing Fee, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number, and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

**Check all documents that apply to this declaration**

| | |
|---|---|
| ☐ Application by Individual Debtor to Pay Filing Fee in Installments | ☐ Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments |
| ☒ Voluntary petition signed by me on          April 17, 2026 | ☐ Amended voluntary petition signed by me on _____ |
| ☐ Schedules signed by me on _____ | ☐ Amended schedules signed by me on _____ |
| ☐ Statement of Financial Affairs signed by me on _____ | ☐ Amended Statement of Financial Affairs signed by me on _____ |
| ☐ Statement of Social Security Number(s) signed by me on _____ | ☐ Amended Statement of Social Security Number(s) signed by me on _____ |
| ☐ Statement of *Current Monthly Income (OBF 22)* signed by me on _____ | ☐ Amended Statement of *Current Monthly Income (OBF 22)* signed by me on _____ |

I, _____Tivadar Bodorlo_____, the undersigned debtor(s) **hereby declare under penalty of perjury as follows:**

1.    I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2.    I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties of perjury) in the same manner as though signed or subscribed.

3.    I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4.    I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

_____          _____
**Signature of Debtor**                                            **Signature of Joint Debtor (if applicable)**
**(If non individual, authorized corporate representative)**

Tivadar Bodorlo
_____          _____
**Print or Type Name (and title if applicable)**          **Print Name**

Andrew Kamensky                                          (561) 786-0002
_____          _____
**Print or Type Name of Attorney for Debtor**          **Phone:**