**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                    Case No.

Global Enterprise of South Florida, Inc.                  Chapter 11/Subchapter V
d/b/a Global Enterprise Disaster Restoration,
    Debtor.

<u>DECLARATION OF DEBTOR REGARDING 11 U.S.C. §§ 1116(1)(B) AND 1187(a)</u>

I, TIVADAR BODORLO, declare under penalty of perjury as follows:

1. I am the President of the above-captioned debtor and am authorized to make this declaration on behalf of the debtor.

2. The debtor filed its voluntary petition for relief under chapter 11, subchapter V, of title 11 of the United States Code on April 17, 2026.

3. Pursuant to 11 U.S.C. §§ 1116(1)(B) and 1187(a), the debtor files this declaration in lieu of appending certain financial documents to the petition.

4. As of the petition date, the debtor has not prepared reliable completed financial statements constituting its most recent balance sheet, statement of operations, or cash-flow statement.

5. The debtor also has not prepared or filed payroll tax returns for the past four quarters.

6. The debtor's 2025 federal income tax return has not been prepared or filed as the debtor has requested an extension of time within which to file it.

7. The debtor is currently reconstructing and reviewing its books and records and expects to supplement and amend its financial information promptly as that process continues.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 17, 2026

GLOBAL ENTERPRISE OF SOUTH FLORIDA INC.

By: /s/ *TIVADAR BODORLO*
TIVADAR BODORLO
PRESIDENT